**LAW OFFICES OF BUKH & ASSOCIATES**
**1123 Ave. Z**
**Brooklyn, NY 11235**
**(718) 376-6466**

April 9, 2007

Judge William Pauley III
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

**RE: <u>U.S.A. vs. Alexander Yakovlev</u>**
     Case #: 1:05-cr-00819

Dear Judge Pauley,

     I am the attorney for Alexander Yakovlev. The purpose of this letter is to modify Mr. Yakovlev's conditions of release in reference to travel.

**FACTS:**

     Mr. Yakovlev has been confined to the New York area since his initial plea on or about August of 2005. Mr. Yakovlev would like to be able to go to Miami for a short four day vacation with his wife from April 18- 22, 2007. He will be staying at the Ramada Marko Polo in Miami, Beach Florida.

     This trip is entirely recreational. Mr. Yakovlev has no intention to abscond and will continue to be in compliance with all conditions of his release.

**CONSENT:**

     My office has left a message for Assistant U.S. Attorney Steven Miller, asking him to notify me if he had any objection to this request. My office has also contacted Pre-trial Services Officer Jeff Steimel, who informed us that Mr. Yakovlev was in full compliance and that he would consent so long as the U.S. Attorney was in agreement.

**REQUEST:**

     For these reasons I am respectfully requesting that Mr. Yakovlev's conditions of release as to travel be modified for a short trip to Miami between April 18- 22, 2007.

      Should your honor have any questions or concerns please do not hesitate to contact my office.

                                                               Best Regards,

                                                                                     AB

                                                     Arkady Bukh Esq.
                                 Law Offices of Bukh & Associates
                                                1123 Ave. Z
                                         Brooklyn, NY 11235
                                             (718) 376-6466

c.c. U.S. Attorney Steve Miller
     Pre-Trial Services Officer Jeff Steimel

## CERTIFICATE OF SERVICE

I, Nicholas Wooldridge, do hereby affirm that I served a true and correct copy of the "Letter to Judge Pauley, Requesting Modification of Release for Alexander Yakovlev" on or about 2nd day of April, 2007 by first class mail to the following addressees:

> U.S. Pre-Trial Services
> Jeff Steimel
> 500 Pearl St., Room 550
> New York, NY 10007
>
> United States Attorney's Office
> Assistant United State's Attorney Steve Miller
> 1st Adnrews Plaza,
> New York, NY 10001

Dated this 9th day April, 2007

> NW_____
> Nicholas Wooldridge
> Law Offices of Bukh & Associates
> 1123 Ave. Z
> Brooklyn, NY 11235
> (718) 376-4766