```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

                    -against-                    05 Cr. 819 (DAB)
                                                     ORDER
ALEXANDER YAKOVLEV,

                    Defendant.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On August 8, 2005 the Defendant pled guilty before the Honorable William H. Pauley III. On June 13, 2008, the case was reassigned to this Court. The Court is in receipt of the Government's letter dated September 12, 2008. To move forward with sentencing, the Probation Office shall complete its final Pre-sentence Report by October 22, 2008. Defense counsel shall submit to Chambers any pre-sentencing arguments and information that it might wish to present, and the Government shall submit any further pre-sentencing arguments and information it might wish to present, by 4:00 PM on November 3, 2008. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect on or before November 3, 2008.

SO ORDERED.

Dated:    New York, New York
          September 24, 2008

                                        _____
                                        DEBORAH A. BATTS   09/24/08
                                        United States District Judge