```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09

                    -against-                           05 Cr. 819 (DAB)
                                                           ORDER
ALEXANDER YAKOVLEV,

                         Defendant.
-----------------------------------------X

DEBORAH A. BATTS, United States District Judge.

   The Court had scheduled the sentencing in the matter above to take place May 11, 2009 at 11:00AM. It appears that the Government was not aware of this date until Thursday, May 7, 2009. At the request of the Government, to permit it to be fully prepared for the matter, the sentencing date is adjourned *sine die*. Within twenty (20) days of the date of this Order, the Government is directed to provide a status letter to the Court and defense counsel.

SO ORDERED.

Dated:   New York, New York
         May 8, 2009

                                        _____
                                        DEBORAH A. BATTS
                                        United States District Judge