```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                05 Cr. 819 (DAB)
                                                   <u>ORDER</u>

ALEXANDER YAKOVLEV,

                Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court had scheduled the sentencing in the above-captioned matter to take place Tuesday, July 6, 2010. However, in light of the Supreme Court's recent ruling in <u>Skilling v. United States</u>, --- S.Ct. ----, 2010 WL 2518587 (June 24, 2010), the Court hereby adjourns the sentencing in this matter <u>sine die</u>. The Government shall report to the Court within ninety (90) days of the date of this Order the position of the Department of Justice on the impact, if any, of <u>Skilling</u> on this case.

    SO ORDERED.

Dated:    New York, New York
           July 1, 2010

                                        *Deborah A. Batts*
                                        DEBORAH A. BATTS
                                United States District Judge