```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                -against-                05 Cr. 819 (DAB)
                                                        ORDER

ALEXANDER YAKOVLEV,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court had scheduled sentencing in the above-captioned matter to take place November 15, 2010.

    On application by Daniel Gitner, Counsel for the United Nations in this matter, and by consent of all Parties, sentencing in this matter is hereby RESCHEDULED to December 13, 2010 at 11:00 a.m.

SO ORDERED.

Dated:    New York, New York
           October 27, 2010

                                        DEBORAH A. BATTS
                                        United States District Judge