USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                        :

UNITED STATES OF AMERICA

                        :        SATISFACTION OF
      - v. -               FORFEITURE MONEY JUDGMENT
                        :        05 Cr. 819 (DAB)

ALEXANDER YAKOLEV,

                        :

          Defendant.

                        :
- - - - - - - - - - - - - - - - x

        WHEREAS, on August 8, 2005, ALEXANDER YAKOLEV, (the "Defendant"), was charged in a three-count Information, 05 Cr. 819 (DAB)(the "Information"), with one count conspiracy to commit wire fraud; one count, wire fraud; and one count conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1343, 1346, and 1956(a)(1)(A)(I), 1956(a)(1)(B)(I) and 1957; and

        WHEREAS, on or about March 21, 2007, the defendant pled guilty to the Information; and

        WHEREAS, YAKOVLEV, as part of his written plea agreement, agreed to forfeit to the United States a sum of money equal to $900,000 in United States Currency, representing property constituting, and derived, directly or indirectly, from gross proceeds traceable to the commission of the wire fraud and money laundering offenses for which he pled guilty; and

        WHEREAS, in satisfaction of his forfeiture obligation, YAKOVLEV agreed to forfeit $900,000 in United States Currency, from the contents of two bank accounts located in Liechtenstein (the "Subject Property");

WHEREAS, on or about December 22, 2010, the defendant was sentenced;

WHEREAS, on or about December 22, 2010, the Court entered a Consent Order of Forfeiture in which a money judgment in the amount of $900,000 was entered against the defendant;

WHEREAS, the Government agreed that the forfeiture of the Subject Property by the Principality of Liechtenstein, will satisfy the defendant's forfeiture obligation in this case;

WHEREAS, the Subject Property was forfeited by the Principality of Liechtenstein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   The money judgment in the amount of $900,000 entered against the defendant Alexander Yakolev is hereby deemed satisfied.


SO ORDERED:

HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT COURT JUDGE

2/10/11
DATE